SMITH, Superintendent of Banks, Appellant, v. HART, Respondent.   (Mrs. Henry Struck, Garnishee.)

(207 N. W. 659.)

(File No. 6071.   Opinion filed March 12, 1926.)

Appeal from Circuit Court, McCook County; Hon. L. L. Fleeger, Judge.

R. M. Sheild, of Salem, for Appellant.

H. Van. Ruschen, of Salem, for Respondent.

CAMPBELL, J.   This case involves the same question as Smith v. W. H. Hart in 49 S. D. —, 207 N. W. 657, this day decided, and upon the authority of that decision the order here appealed from is reversed.

MISER, Circuit Judge, sitting in lieu of SHERWOOD, J.